**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01881-REB

JAMES RODNEY McAFEE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before the court *sua sponte*. The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). (***See* Joint Case Management Plan** ¶ 10 [#16][1] filed November 23, 2015.) To effectuate that consent, the parties must file the form required under Rule 72.2(d), entitled "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this Order.[2] If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), they should complete and file the consent form attached to this Order.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] A paradigm of this form also is available on the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms."

1.  That by December 23, 2015, the parties may sign and file the attached form of consent; and

2.  That on completion of pre-merits management, the court shall issue an appropriate order of reference directing the clerk of the court to assign this matter to a United States Magistrate Judge.

Dated November 25, 2015, at Denver, Colorado.

                                             **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge